# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: February 22, 2021<br>Index # 1:21-cv-00949-MKB-PK |

*Ignacio Melendez, individually and on behalf of others similarly situated*    Plaintiff(s)

against

*Eden Palace Inc. (d/b/a Eden Palace), et al.*    Defendant(s)

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____April 19, 2021_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in A Civil Action and Complaint

on _____Palace of Eden Inc._____, the Defendant in this action, by delivering to and leaving with _____Colleen Banahan_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: 35-40   Approx. Wt: Over 200   Approx. Ht: 5' 4" - 5' 8"
Color of skin: White   Hair color: Brown   Sex: Female   Other: _____

Sworn to before me on this
__19th__ day of April 2021

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2022

James Perone
Attny's File No.
Invoice·Work Order # S1857627

SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201